UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| PAIGE E. BURROWS, | ) | Civil Action No. 8:18-CV-314-HMH |
| Plaintiff, | ) | |
| v. | ) | **AFFIDAVIT OF KYLE C. RYAN** |
| KYLE C. RYAN AND ANTHONY J. RYAN, JR., | ) | |
| Defendants/Counterclaim Plaintiffs. | ) | |

PERSONALLY APPEARED BEFORE ME, Kyle C. Ryan, who after being duly sworn, deposes and states:

1.      I am personally knowledgeable about the contents of this Affidavit and I am over the age of twenty-one and of sound mind.

2.      On May 25, 2015, I was a full-time student at Clemson University who resided in South Carolina. However, my permanent address at the time was my father's address, 1919 Brighton Dam Rd., Brookeville, Maryland 20833-2110.

3.      I graduated from Clemson University in December 2016 and began seeking employment in South Carolina. On January 12, 2017, I received an offer for permanent employment with Froehling Robertson for a position as a civil engineer in Greenville, South Carolina. A true and accurate copy of my Offer Letter is attached as Exhibit 1A  I have been employed continuously in this position since February 28, 2017.

4.       I have resided in South Carolina continuously since accepting my current position with Froehling Robertson. I have resided at my current address, 823 S. Church St., Apt.

#1118, Greenville, SC 29601, since July 24, 2017. A true and accurate copy of my lease is attached as Exhibit B.

      5.       I have no plans to leave South Carolina or reside in another state in the foreseeable future.

      6.       I have not been served a copy of the summons and complaint in this case. I was not aware that this case was filed until I was contacted by my attorney.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Kyle C. Ryan

SWORN TO AND SUBSCRIBED BEFORE ME

This 14 day of March, 2018

_____
Exp February 9, 2028

MCANGUS GOUDELOCK & COURIE, L.L.C.

_____
R.I. Smith
Bar No.: 102833
Post Office Box 2980
55 East Camperdown Way, Suite 300 (29601)
Greenville, South Carolina 29602
Phone: (864) 239-4000
Email: ggibbon@mgclaw.com
ATTORNEYS FOR DEFENDANT, KYLE C. RYAN

March 14, 2018

# EXHIBIT A

**Subject:**                              RE: Offer Letter Fwd: Offer to Join F&Rs Team!


---------- Forwarded message ---------
From: Tara Brown <fandr+email+5p-ebc134a61b@agents.icims.com>
Date: Thu, Jan 12, 2017 at 3:19 PM
Subject: Offer to Join F&Rs Team!
To: <kcryan@clemson.edu>


Dear Kyle:

Froehling & Robertson, Inc. (F&R) is pleased to offer you employment as the Geotechnical Engineer reporting to me, Marving Farmer. This is a full-time salary exempt position. You will work out of the US-SC-Greenville  facility. Your start date will be February 27, 2017.

**F&R would like to offer the following as it relates to compensation considerations:**

♣ A starting salary of $USD $1,923.08/Bi-wk., which when annualized is USD $50,000.00 per year.
♣ You will be eligible for number 2.00  weeks' vacation accrual at hire, thereafter, your accrual will be established by the Personnel Practices Manual (PPM).
♣ Use of company laptop and cellular phone
♣ Participation in all additional F&R benefits including:
o Health and Dental Insurance (eligible the 1st of the month following your F&R hire date)
o 401K plan (eligible the 1st of the month after 6 months of employment)
o Long Term Disability
o Basic Life Insurance
o Accidental Death & Dismemberment
o Paid time off including vacation (listed above), holidays, and sick leave
o Additional voluntary benefits including Short Term Disability and Additional Life Insurance are outlined in the PPM.
♣ Additionally, in support of our mission, F&R reimburses professional registration fees, certifications, society dues and meeting costs, and supports seminar attendance and continuing education events relative to work and practice issues. You will plan these events with your manager after your hire.

**Employment Contingencies:**
F&R is a drug-free workplace and as such employs pre-employment and random drug screening. This offer is contingent upon passing a pre-employment drug screen with a "Negative" result and upon providing a valid driver's license.

This offer is also contingent upon your ability to provide proof that you are legally authorized to work within the United States, in accordance with 1986 Immigration Reform and Control Act, on or before your first day of employment.

Finally, you will be required to read and submit to a non-compete agreement with Froehling & Robertson, Inc. as specified in the attached document.

Kyle, please be advised that this offer shall not be construed, in any way, to be an implied employment contract between parties, and it does not provide any guarantee of employment. All salaried employees are employed on an "at will" basis. Employment can be terminated with or without cause and notice at any time, by either F&R or the employee. F&R reserves the right to modify or discontinue its benefits programs, policies, and similar aspects of employment at its discretion.

This offer of employment is good for five (5) business days from the date of this letter. Please use the link below to confirm your acceptance of this offer as presented.

[Click to Complete](#)

I am truly looking forward to having you onboard in the Geotechnical group. Perhaps the most important consideration in making your career decision is the opportunity for personal development in a challenging and stimulating business environment. Based on your experience, education, past accomplishments, and the enthusiastic reactions of those with whom you spoke, I am convinced that you have the potential to make substantial contributions to F&R. We also believe that F&R can furnish a rewarding experience for you as well.

On behalf of our entire team, I welcome you to Froehling & Robertson, Inc.! If you have any questions, please do not hesitate to contact me.

Sincerely,
Froehling & Robertson, Inc.

Marving Farmer

# EXHIBIT B



# Apartment Lease Contract



Date of Lease Contract: **July 24, 2017**
(when the Lease Contract is filled out)

This is a binding document. Read carefully before signing.

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between the resident(s) (list all people signing the Lease Contract):

**Kyle Ryan**

_____ and us, the owner:

**South Ridge Woodstream, LLC**

(name of apartment community or title holder). You've agreed to rent Apartment No. _____**1118**_____, at **823 South Church** **Street** _____ (street address) in _____**Greenville**_____ (city), South Carolina, ____**29601**____ (zip code) for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors in interest or assigns). Written notice to or from our managers constitutes notice to or from us. If anyone has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and (list all other occupants not signing the Lease Contract):

_____

_____

_____

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than ____**14**____ consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the ___**28th**___ day of _____**July**_____, ___**2017**___, and ends at midnight the ___**22nd**___ day of _____**August**_____, ___**2018**___. This Lease Contract will automatically renew month-to-month unless either party gives at least ____**60**____ days written notice of termination or intent to move-out as required by paragraph 36, which in all cases shall be a minimum of thirty (30) days. (If the number of days isn't filled in, at least 30 days notice is required.

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $____**825.00**____ , due on or before the date this Lease Contract is signed.

**5. KEYS AND FURNITURE.** You will be provided ___**2**___ apartment key(s), ___**2**___ mailbox key(s), and ___**1**___ other access devices for **Building** _____ . Your apartment will be [check one]: ☐ furnished or ☒ unfurnished.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $____**825.00**____ per month for rent, payable in advance and without demand:

☒ at the on-site manager's office, or
☒ at our online payment site, or
☐ at _____

Prorated rent of $____**106.45**____ is due for the remainder of the [check one]: ☒ 1st month or ☐ 2nd month, on ___**July 28**___ , ___**2017**___

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the ___**3rd**___ day of the month, you'll pay an initial late charge of $____**10%**____ plus a late charge of $____**0.00**____ per day after that date until paid in full. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $____**35.00**____ for each returned check or rejected electronic payment, plus initial and daily late charges from due date until we receive acceptable payment, which returned check charge shall not exceed $25.00 for checks of $100.00 or less and $30.00 for checks over $100.00. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized. We'll also have all other remedies for such violation.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water     ☐ gas     ☐ electricity     ☐ master antenna
☐ wastewater ☐ trash  ☐ cable TV        ☐ other _____
You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities to be disconnected— including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the lease term if the change applies to all residents. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-operated lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state agency rules or city ordinance.

**8. INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Additionally, you are [check one] ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, failure to maintain personal liability insurance is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

You acknowledge that no portion of the rent paid by you under this agreement will be applied to the owner's structural fire insurance and that you are in no way a co-insured under any such policy, and that, in order to reduce the cost of insurance, the Owner has chosen to purchase fire and extended coverage insurance for the property for which the above rental agreement applies, with a deductible in the amount of $___**100000.00**___ . If you or any member of your household, guest or invitee causes damages to the premises in an amount that is less than the amount of this insurance deductible, you agree to indemnify and reimburse the Owner for the amount of such damages, and that you may be liable for costs in excess of the deductible under any subrogation clause of the said policy. It is recommended that you secure insurance to protect your interest in the event of such a loss.

**9. LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done either before you move in or, if the apartment has a keyless deadbolt on each exterior door, within 10 days after you move in.

You may at any time ask us to: (1) install one keyed deadbolt lock on an exterior door if it does not have one; (2) install a bar and/or sliding door pinlock on each sliding glass door; (3) install one keyless deadbolt on each exterior door; (4) install one doorviewer on each exterior door; and (5) change or rekey locks or latches during the lease term. We must comply with those requests, but you must pay for them.

**What You Are Now Requesting.** You now request the following to be installed at your expense (if one is not already installed), subject to any statutory restrictions on what you may request.
☒ keyed deadbolt lock
☐ keyless deadbolt
☐ sliding door bar
☐ doorviewer
☐ sliding door pinlock

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your family, occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misuse or damaged by you, your guest or an occupant; or if you have requested that we repair, install, change or rekey the same device during the 30 days preceding your request and we have complied with your request.

**10. SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this lease and will supersede any conflicting provisions of this printed lease form.

___**See special provisions on the last page**___

_____

_____

See any additional special provisions.

**11. EARLY MOVE-OUT.** You'll be liable to us for a reletting charge of $_____ (not to exceed 100% of the highest monthly rent during the lease term) if you:

**07242017177701SC16101350**

Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333

(1) fail to give written move-out notice as required in paragraphs 22 or 36; or
(2) move out without paying rent in full for the entire lease term or renewal period; or
(3) move out at our demand because of your default; or
(4) are judicially evicted.

The reletting charge represents our estimated actual damages we anticipate to be incurred as a result of any of these occurrences and is not a cancellation fee and does not release you from your obligations under this Lease Contract. See the next paragraph.

**Not a Release.** The reletting charge is not a lease cancellation fee or buyout fee. It is an agreed-to liquidated amount covering only part of our actual damages that we anticipate to be incurred as a result of the occurrence of any of the foregoing (1) through (4), that is, our time, effort, and expense in finding and processing a replacement. These damages are uncertain and difficult to ascertain—particularly those relating to inconvenience, paperwork, advertising, showing apartments, utilities for showing, checking prospects, office overhead, marketing costs, and locator-service fees. You agree that the reletting charge is a reasonable estimate of such damages and that the charge is due whether or not our reletting attempts succeed. If no amount is stipulated, you must pay our actual reletting costs so far as they can be determined. The reletting charge does not release you from continued liability for: future or past-due rent; charges for cleaning, repairing, repainting, or unreturned keys; or other sums due.

**12. REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following if occurring during the lease term or renewal period: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

**13. FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, all future rent will be automatically accelerated without notice and immediately due, to the extent provided by law. We also may end your right of occupancy and recover actual damages, future rent, reletting charges, attorney's fees, court costs, and other lawful charges, to the extent provided by law. Our rights and remedies under paragraphs 11 and 31 apply to acceleration under this paragraph.

**14. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10, by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 17. If, at least 5 days before the advance notice deadline referred to in paragraph 3, we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this lease will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move- out notice under paragraph 36.

**15. DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Notice of intent to terminate must be in writing and must be received by us at least five (5) days prior to your termination. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or lease termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later. If we give notice to terminate prior to us, but not later.

(1) If we give written notice to any of you when or after the initial term as set forth in Paragraph 3—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date —you may submit to us a written notice to terminate the Lease Contract within 3 days of your receiving the notice, but not later.
(2) If we give written notice to any of you before the initial term as set forth in Paragraph 3 and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may submit to us written notice to terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new initial term as set forth in Paragraph 3 for all purposes. This new date may not be moved to an earlier date unless we and you agree.

**16. DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

---

## While You're Living in the Apartment

**17. COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

**18. LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

**19. PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; discharging a firearm in the apartment community; displaying or possessing a gun, knife, or other weapon in the common area in a way that may alarm others; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

**20. PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone. Motorcycles or motorized bikes may not be parked inside an apartment unit or on sidewalks, under stairwells, or in handicapped parking areas. We may have unauthorized or illegally parked vehicles towed from the apartment community at your expense under the terms of this Lease Contract or by an appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license or no current inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in a space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster.

**21. RELEASE OF RESIDENT.** Unless you're entitled to terminate this Lease Contract under paragraphs 10, 15, 22, 30, or 36, you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**Death of Sole Resident.** If you are the sole resident, upon your death the Lease Contract may be terminated without penalty with at least 30 days written notice by your legal representative. You will be liable for payment of rent until the latter of: (1) the termination date, or (2) until all possessions in the bedroom or apartment are removed. You will be liable for all rent, charges, and damages to the apartment until it is vacated, and any removal and storage costs.

**22. MILITARY PERSONNEL CLAUSE.** You may terminate the Lease Contract if you enlist or are drafted or commissioned and on active duty in the U.S. Armed Forces. You also may terminate the Lease Contract if:

(1) you are (i) a member of the U.S. Armed Forces or reserves on active duty or (ii) a member of the National Guard called to active duty for more than 30 days in response to a national emergency declared by

the President; and

(2) you (i) receive orders for permanent change-of-station, (ii) receive orders to deploy with a military unit or as an individual in support of a military operation for 90 days or more, *or* (iii) are relieved or released from active duty.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days after the date on which your next rental payment is due. You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10, you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 31. You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

**23. RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors, keyed deadbolt locks, keyless bolting devices, window latches, and other safety or security devices. You agree to make every effort to follow the Security Guidelines on page 5.

**Smoke Detectors.** We'll furnish smoke detectors as required by statute, and we'll test them and provide working batteries when you first take possession. After that, you must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke-detector malfunctions to us. Neither you nor others may disable smoke detectors. If you damage or disable the smoke-detector or remove a battery without replacing it with a working battery, you may be liable to us under state statute for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, or vandalism unless otherwise required by law. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice, except as may be required by law. Unless we instruct otherwise, you must—for 24 hours a day during freezing weather—(1) keep the apartment heated to at least 50 degrees; (2) keep cabinet and closet doors open; and (3) drip hot and cold water faucets. You'll be liable for damage to our and others' property if damage is caused by broken water pipes due to your violating these requirements.

**Crime or Emergency.** Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity or other emergency involving imminent harm. You should then contact our representative. You won't treat any of our security measures as an express or implied warranty of security, or as a guarantee against crime or of reduced risk of crime. Unless otherwise provided by law, we're not liable to you or any guests or occupants for injury, damage, or loss to person or property caused by criminal conduct of other persons, including theft, burglary, assault, vandalism, or other crimes. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security unless required by statute. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You must also furnish us with the law-enforcement agency's incident report number upon request.

**24. CONDITION OF THE PREMISES AND ALTERATIONS.** You accept the apartment, fixtures, and furniture as is, except for conditions materially affecting the health or safety of ordinary persons. *WE DISCLAIM ALL IMPLIED WARRANTIES.* You'll be given an Inventory and Condition form on or before move-in. You must note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors, furniture, telephone and cable TV wiring, screens, locks, and security devices. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

**25. REQUESTS, REPAIRS, AND MALFUNCTIONS.** IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST—FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SIGNED AND IN WRITING TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress). Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

**26. ANIMALS.** No animals (including mammals, reptiles, birds, fish, rodents and insects) are allowed, even temporarily, anywhere in the apartment or apartment community unless we've so authorized in writing. If we allow an animal, you must sign a separate animal addendum, which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. You must remove an illegal animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. We will authorize a support animal for a disabled (handicapped) person. We may require a written statement from a qualified professional verifying the need for the support animal. You must not breed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except for attorney's fees and litigation costs) in enforcing animal restrictions and rules. We may remove an unauthorized animal by (1) leaving, in a conspicuous place in the apartment, a 24-hour written notice of intent to remove the animal; and (2) following the procedures of paragraph 27. We may keep or kennel the animal or turn it over to a humane society or local authority. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

**27. WHEN WE MAY ENTER.** We (landlord and repairers, servicers, contractors, and other agents) must give you at least 24 hours notice of our intent to enter and may only enter at reasonable times, except in the event of the following:

(1) at any time in case of emergency, including prospective changes in weather conditions which pose a likelihood of danger to the property;

(2) between the hours of 9 AM to 6 PM for the purpose of providing regularly scheduled periodic services (provided that prior to entering, we announce our intent to enter), such services including: making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector batteries; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or security devices, and the like;

(3) between the hours of 8 AM to 8 PM for the purpose of providing services you request (provided that, prior to entering, we announce our intent to enter to perform services);

(4) pursuant to court order;

(5) where you fail to maintain the premises in a condition materially affecting health and safety if such noncompliance can be remedied by repair and you fail to comply as promptly as conditions require in the case of emergency or within fourteen (14) days after written notice from us requesting you to remedy the breach within such time period;

(6) when accompanied by a law enforcement officer at reasonable times for the purpose of service of process in ejectment proceedings; or

(7) you have abandoned or surrendered the premises.

**Kyle Ryan**

07242017177703SC16101350

☑ This document was executed via the NAA E-signature System - ID: 118342333

**28. MULTIPLE RESIDENTS OR OCCUPANTS.** Each resident is jointly and severally liable for all lease obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of lease termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and any deduction itemizations of multiple residents will comply with paragraph 41.

**29. REPLACEMENTS AND SUBLETTING.** Replacing a resident, sub-letting, or assignment is allowed only when we consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent to the replacement, subletting, or assignment, then:

(1) a reletting charge *will not* be due;
(2) a reasonable administrative (paperwork) and/or transfer fee *will* be due, and a rekeying fee *will* be due if rekeying is requested or expired; and
(3) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; *or* (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original lease term unless we agree otherwise in writing—even if a new Lease Contract is signed.

**30. RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 24;
(2) maintain fixtures, furniture, hot water, heating and A/C equipment;
(3) substantially comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and
(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate this Lease Contract and exercise other remedies under state statute only as follows:

(a) you must make a written request for repair or remedy of the condition, and all rent must be current at the time;

(b) after receiving the request, we have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(c) if we haven't diligently tried to repair within a reasonable time, you must then give us written notice of intent to terminate the Lease Contract unless the repair is made within 7 days; and

(d) if repair hasn't been made within 14 days, you may terminate this Lease Contract and exercise other statutory remedies. Security deposits and prorated rent will be refunded as required by law.

**31. DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or paraphernalia are found in your apartment; (7) you or any guest or occupant engages in any of the prohibited conduct described in Paragraph 19; or (8) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government.

**Eviction.** If you default, we have the right to seek ejectment in accordance with applicable law.

**IF YOU DO NOT PAY YOUR RENT ON TIME WHEN REQUIRED BY THIS LEASE CONTRACT: This is your notice. If you do not pay your rent within five days of the due date specified in this Lease Contract,** we can start to have you evicted without further notice. You will not receive any further notice or warnings as long as you live in this rental unit, unless we decide to provide them to you as a gratuity, not as a right.

**Acceleration.** To the extent provided by law, all monthly rent for the rest of the lease term or renewal period will be accelerated automatically without notice or demand (before or after acceleration) and will be immediately due and delinquent if, without our written consent: (1) you move out, remove property in preparing to move out, or give oral or written notice (by you or any occupant) of intent to move out before the lease term or renewal period ends; and 2) you've not paid all rent for the entire lease term or renewal period. Such conduct is considered a default for which we need not give you notice. Remaining rent also will be accelerated if you're judicially evicted or move out when we demand because you've defaulted. Acceleration is subject to our mitigation obligations below.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) holdover rent is due in advance on a daily basis and may become delinquent without notice or demand; (2) rent for the holdover period will be increased by 25% over the then-existing rent, without notice; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) at our option, we may extend the lease term—for up to one month from the date of notice of lease extension—by delivering written notice to you or your apartment while you continue to hold over.

**Other Remedies.** If your rent is delinquent and we give you 5 days' prior written notice, we may terminate the Lease Contract upon written notice to you of nonpayment and intent to terminate the Lease Contract. We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10, in addition to other sums due. Upon your default, we have all other legal remedies, including lease termination and lockout fees, as provided under state statute, and attorneys' fees, to the extent allowable by law. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 and all other remedies. We'll exercise customary diligence to relet and minimize damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

**32. MISCELLANEOUS.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us. Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing. No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances. Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding. All notices must be signed.

Exercising one remedy won't constitute an election or waiver of other remedies. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties. All remedies are cumulative. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf. This Lease Contract binds subsequent owners. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract. All notices and documents may be in English and, at our option, in any language that you read or speak. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option. All lease obligations must be performed in the county where the apartment is located.

WAIVER OF JURY TRIAL. To minimize legal expenses and, to the extent allowed by law, you and we agree that a trial of any lawsuit based on statute common law, and/or related to this Lease Contract shall be to a judge and not a jury.

All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.

**Obligation to Vacate.** Resident shall vacate the Premises and remove all of Resident's personal property therefrom at the expiration of the lease term without further notice or demand from Owner.

Although the property may currently be providing cable on a bulk basis to the resident, the property may, with 30 days notice to the resident, cease

providing cable and the resident will contract directly with the cable provider for such services.

You affirmatively state that you are not a criminal sex offender.

**FORCE MAJEURE.** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**33. PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. After the due date, we do not have to accept the rent or any other payments.

**34. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## Security Guidelines for Residents

**35. SECURITY GUIDELINES.** In cooperation with the National Apartment Association, we'd like to give you some important safety guidelines. We recommend that you follow these guidelines and use common sense in practicing safe conduct. Inform all other occupants in your dwelling, including any children you may have, about these guidelines.

**PERSONAL SECURITY—WHILE INSIDE YOUR APARTMENT**

1. Lock your doors and windows—even while you're inside.
2. Engage the keyless deadbolts on all doors while you're inside.
3. When answering the door, see who is there by looking through a window or peephole. If you don't know the person, first talk with him or her without opening the door. Don't open the door if you have any doubts.
4. If children (who are old enough to take care of themselves) are left alone in your apartment, tell them to use the keyless deadbolt and refuse to let anyone inside while you are gone—regardless of whether the person is a stranger or an apartment maintenance or management employee.
5. Don't put your name, address, or phone number on your key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the management to rekey the locks. You have a statutory right to have that done, as long as you pay for the rekeying.
7. Dial 911 for emergencies. If the 911 number does not operate in your area, keep phone numbers handy for the police, fire, and emergency medical services. If an emergency arises, call the appropriate governmental authorities first, then call the management.
8. Check your smoke detector monthly to make sure it is working properly and the batteries are still okay.
9. Check your doorlocks, window latches, and other devices regularly to be sure they are working properly.
10. If your doors or windows are unsecure due to break-ins or malfunctioning locks or latches, stay with friends or neighbors until the problem is fixed.
11. Immediately report to management—in writing, dated and signed—any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems.
12. Immediately report to management—in writing, dated and signed—any malfunction of other safety devices outside your apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
13. Close curtains, blinds, and window shades at night.
14. Mark or engrave your driver's license number or other identification on valuable personal property.

**PERSONAL SECURITY—WHILE OUTSIDE YOUR APARTMENT**

15. Lock your doors while you're gone. Lock any door handle lock, keyed deadbolt lock, sliding door pin lock, sliding door handle latch, and sliding door bar that you have.
16. Leave a radio or TV playing softly while you're gone.
17. Close and latch your windows while you're gone, particularly when you're on vacation.
18. Tell your roommate or spouse where you're going and when you'll be back.
19. Don't walk alone at night. Don't allow your family to do so.
20. Don't hide a key under the doormat or a nearby flowerpot. These are the first places a burglar will look.
21. Don't give entry keys, codes or electronic gate cards to anyone.
22. Use lamp timers when you go out in the evening or go away on vacation. They can be purchased at most hardware stores.
23. Let the manager and your friends know if you'll be gone for an extended time. Ask your neighbors to watch your apartment since the management cannot assume that responsibility.
24. While on vacation, temporarily stop your newspaper and mail delivery, or have your mail and newspaper picked up daily by a friend.
25. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.

**PERSONAL SECURITY—WHILE USING YOUR CAR**

26. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
27. Don't leave exposed items in your car, such as cassette tapes, wrapped packages, briefcases, or purses.
28. Don't leave your keys in the car.
29. Carry your key ring in your hand whenever you are walking to your car—whether it is daylight or dark and whether you are at home, school, work, or on vacation.
30. Always park in a well-lighted area. If possible, try to park your car in an off-street parking area rather than on the street.
31. Check the backseat before getting into your car.
32. Be careful when stopping at gas stations or automatic-teller machines at night—or anytime when you suspect danger.

**PERSONAL SECURITY AWARENESS**
No security system is failsafe. Even the best system can't prevent crime. Always act as if security systems don't exist since they are subject to malfunction, tampering, and human error. *WE DISCLAIM ALL IMPLIED WARRANTIES.* The best safety measures are the ones you perform as a matter of common sense and habit.

## When Moving Out

**36. MOVE-OUT NOTICE.** Before moving out, you must give our representative advance written move-out notice as provided below. Your move-out notice will not release you from liability for the full term of the Lease Contract or renewal term. You will still be liable for the entire lease term if you move out early (paragraph 22) except under the military clause (paragraph 22). YOUR MOVE-OUT NOTICE MUST COMPLY WITH EACH OF THE FOLLOWING:

- We must receive advance written notice of your move-out date. The advance notice must be at least the number of days of notice required in paragraph 3. Oral move-out notice will not be accepted and will not terminate your Lease Contract.

- Your move-out notice must not terminate the Lease Contract sooner than the end of the lease term or renewal period.

YOUR NOTICE IS NOT ACCEPTABLE IF IT DOES NOT COMPLY WITH ALL OF THE ABOVE. Please use our written move-out form. You must obtain from our representative written acknowledgment that we received your move-out notice. If we terminate the Lease Contract, we must give you the same advance notice—unless you are in default.

**37. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and acceleration of future rent under paragraphs 11 and 31, to the extent provided by law. You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

**38. CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

**39. MOVE-OUT INSPECTION.** You should meet with our representative for a move-out inspection. Our representative has no authority to bind or limit us regarding deductions for repairs, damages, or charges. Any statements or estimates by us or our representative are subject to our correction, modification, or disapproval before final refunding or accounting.

**40. SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized security devices or alarm systems; agreed reletting charges; packing, removing, or storing property removed or stored; removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraphs 6 and 26; government fees or fines against us for violation (by you, your

07242017177705SC16101350

✓ This document was executed via the NAA E-signature System - ID: 118342333

occupants, or guests) of local ordinances relating to smoke detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/manager's time and inconvenience in our lawful removal of an animal or in any valid eviction proceeding against you, plus attorney's fees, court costs, and filing fees actually paid; and other sums due under this Lease Contract.

You'll be liable to us, to the extent provided by law, for: (1) charges for replacing all keys and access devices referenced in paragraph 5 if you fail to return them on or before your actual move-out date; (2) accelerated rent if you have violated paragraph 31; and (3) a reletting fee if you have violated paragraph 11.

**41. DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.** We'll mail you your security deposit refund (less lawful deductions) and an itemized accounting of any deductions no later than 30 days after surrender or abandonment, unless statutes provide otherwise.

You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 have

been turned in where rent is paid—whichever date occurs first.

You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out in our reasonable judgment; (2) clothes, furniture, and personal belongings have been substantially removed in our reasonable judgment; (3) you've been in default for non-payment of rent for 15 consecutive days or water, gas, or electric service for the apartment not connected in our name has been terminated; and (4) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned. An apartment is also "abandoned" 10 days after the death of a sole resident.

Surrender, abandonment and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment, subject to and to the extent provided by law. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment, but do not affect our mitigation obligations (paragraph 31).

## Signatures, Originals and Attachments

**42. ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures—one for you and one or more for us. Our rules and community policies, if any, will be attached to the Lease Contract and given to you at signing. When an Inventory and Condition Form is completed, both you and we should retain a copy. The items checked below are attached to this Lease Contract and are binding even if not initialed or signed.

☒ Animal Addendum
☐ Inventory and Condition Form
☒ Mold Addendum
☒ Enclosed Garage Addendum
☒ Community Policies Addendum
☐ Lease Contract Guaranty (_____ guaranties, if more than one)
☐ Notice of Intent to Move Out Form
☐ Parking Permit or Sticker (quantity: _____)
☐ Satellite Dish or Antenna Addendum
☐ Asbestos Addendum (if asbestos is present)
☐ Lead Hazard Information and Disclosure Addendum (federal)
☒ Utility Addendum
☒ Remote Control, Card or Code Access Gate Addendum
☒ Lease Contract Buy-Out Agreement
☐ Intrusion Alarm Addendum
☒ Other **Non-Smoking Addendum**
☒ Other **Crime/Drug Free Housing**

> **You are legally bound by this document.**
> **Read it carefully before signing.**

**Resident or Residents** *(all sign below)*

*Kyle Ryan*
_____
_____
_____

**Owner or Owner's Representative** *(signing on behalf of owner)*
*Ana Batista*

**Address and phone number of owner's representative for notice purposes**

823 South Church Street
Greenville, SC 29601
(864) 908-3950

**Name and address of locator service** *(if applicable)*

_____
_____

**Date form is filled out** *(same as on top of page 1)*  07/24/2017

SPECIAL PROVISIONS (CONTINUED FROM PAGE 1). **Upon expiration of the lease contract, this lease will renew on a month-to-month basis as detailed in the renewal offer. A 60-day written notice is required to terminate month-to-month tenancy. IF YOU DO NOT PAY YOUR RENT ON TIME, this is your notice. If you do not pay your rent within three days of the due date, the landlord can start to have you evicted. You will get no other notice as long as you live in this rental unit. Rental payments received after the 3rd of the month must be in the form of certified/guaranteed funds only. Cash will not be accepted. Returned check payments and all other associated fees must also be made using certified/guaranteed funds. A maximum of two (2) checks may be returned to Management from a banking institution, after which all future rental payments must be made in the form of certified/guaranteed funds.**

_____
_____
_____
_____
_____

*South Ridge*
*Kyle Ryan*

07242017177706SC16101350

☑ This document was executed via the NAA E-signature System - ID: 118342333



# Animal Addendum
*Becomes part of Lease Contract*



NATIONAL
APARTMENT
ASSOCIATION.

Date: **July 24, 2017**

(when this Addendum is filled out)

> *Please note: We consider animals a serious responsibility and a risk to each resident in the dwelling. If you do not properly control and care for your animal, you'll be held liable if it causes any damage or disturbs other residents.*

*In this document, the terms "you" and "your" refer to all residents listed below and all occupants or guests; and the terms "we," "us," and "our" refer to the owner named in the Lease Contract (not to the property manager or anyone else).*

1. **DWELLING UNIT DESCRIPTION.** Apt. No. __**1118**__ , __**823 South Church Street**__ *(street address)* in __**Greenville**__ *(city)*, South Carolina, __**29601**__ *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
   Lease Contract date: __**July 24, 2017**__
   Owner's name: **South Ridge Woodstream, LLC**
   _____
   _____
   _____
   Residents *(list all residents)*: __**Kyle Ryan**__
   _____
   _____
   _____

   The Lease Contract is referred to in this Addendum as the "Lease Contract."

3. **CONDITIONAL AUTHORIZATION FOR ANIMAL.** You may keep the animal that is described below in the dwelling until the Lease Contract expires. But we may terminate this authorization sooner if your right of occupancy is lawfully terminated or if in our judgment you and your animal, your guests, or any occupant violate any of the rules in this Addendum.

4. **SECURITY DEPOSIT.** An animal deposit of $ __**0.00**__ will be charged. We *[check one]* ☒ will consider, or ❑ will not consider this additional security deposit the general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *[check one]* ☒ *does*, or ❑ *does not include* this additional deposit amount. Refund of the animal deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ __**15.00**__. The monthly rent amount in Provision 6 of the Lease Contract *[check one]* ❑ *includes* ☒ *does not* include this additional animal rent.

6. **ADDITIONAL FEE.** You must also pay a one-time, non-refundable fee of $ __**300.00**__ for having the animal in the dwelling unit. It is our policy to not charge a deposit for support animals.

7. **LIABILITY NOT LIMITED.** The additional monthly rent and additional security deposit under this Animal Addendum do not limit residents' liability for property damages, cleaning, deodorization, defleaing, replacements, or personal injuries.

8. **DESCRIPTION OF ANIMAL(S).** You may keep only the animal(s) described below. You may not substitute any other animal(s). Neither you nor your guests or occupants may bring any other animal(s)-mammal, reptile, bird, amphibian, fish, rodent, arachnid, or insect-into the dwelling or apartment community.

   Animal's name: **No Pet at Move-In**
   Type: _____
   Breed: _____
   Color: _____
   Weight: _____ Age: _____
   City of license : _____

License no.: _____
Date of last rabies shot: _____

Housebroken? _____
Animal owner's name: _____

Animal's name: _____
Type: _____
Breed: _____
Color: _____
Weight: _____ Age: _____
City of license: _____
License no.: _____
Date of last rabies shot: _____
Housebroken? _____
Animal owner's name: _____

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form: __No more than 2 pets per apartment. The following breeds of dogs are not permitted or any mix of these breeds: German Shepherds, Akitas, Chow Terriers or Chow breed mixes, American Bulldogs, Bull Staff or Staffordshire Terriers, Doberman/ Doberman Pinchers, (mini pinchers are permitted) Rottweiler's, Wolf dog hybrid, Pit-bull terriers, Presa Canario or any variety of Canary dogs. Violations of the pet policy, including but not limited to, not curbing your pet properly could result in a fine of $50 for each occurrence and could ultimately result with eviction.__
   _____
   _____
   _____
   _____
   _____
   _____

10. **EMERGENCY.** In an emergency involving an accident or injury to your animal, we have the right, but not a duty, to take the animal to the following veterinarian for treatment, at your expense.
    Doctor: _____
    Address : _____
    City/State/Zip: _____
    Phone: _____

11. **ANIMAL RULES.** You are responsible for the animal's actions at all times. You agree to abide by these rules:

    - The animal must not disturb the neighbors or other residents, regardless of whether the animal is inside or outside the dwelling.

    - Dogs, cats, and support animals must be housebroken. All other animals must be caged at all times. No animal offspring are allowed.

    - Inside, the animal may urinate or defecate *only* in these designated areas: __**Must pick up in all areas**__
      _____

    - Outside, the animal may urinate or defecate *only* in these designated areas: __**Must pick up in all areas**__
      _____

    **07242017177707SC16101350**

Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333

- Animals may not be tied to any fixed object anywhere outside the dwelling units, except in fenced yards (if any) for your exclusive use.

- You must not let an animal other than support animals into swimming-pool areas, laundry rooms, offices, clubrooms, other recreational facilities, or other dwelling units.

- Your animal must be fed and watered inside the dwelling unit. Don't leave animal food or water outside the dwelling unit at any time, except in fenced yards (if any) for your exclusive use.

- You must keep the animal on a leash and under your supervision when outside the dwelling or any private fenced area. We or our representative may pick up unleashed animals and/or report them to the proper authorities. We may impose reasonable charges for picking up and/or keeping unleashed animals.

- Unless we have designated a particular area in your dwelling unit or on the grounds for animal defecation and urination, you are prohibited from letting an animal defecate or urinate *anywhere* on our property. You must take the animal off our property for that purpose. If we allow animal defecation inside the dwelling unit in this Addendum, you must ensure that it's done in a litter box with a kitty litter-type mix. If the animal defecates anywhere on our property (including in a fenced yard for your exclusive use), you'll be responsible for immediately removing the waste and repairing any damage. Despite anything this Addendum says, you must comply with all local ordinances regarding animal defecation.

12. **ADDITIONAL RULES.** We have the right to make reasonable changes to the animal rules from time to time if we distribute a written copy of any changes to every resident who is allowed to have animals.

13. **VIOLATION OF RULES.** If you, your guest, or any occupant violates any rule or provision of this Animal Addendum (based upon our judgment) and we give you written notice, you must remove the animal immediately and permanently from the premises. We also have all other rights and remedies set forth in the Lease Contract, including damages, eviction, and attorney's fees to the extent allowed by law.

14. **COMPLAINTS ABOUT ANIMAL.** You must immediately and permanently remove the animal from the premises if we receive a reasonable complaint from a neighbor or other resident or if we, in our sole discretion, determine that the animal has disturbed neighbors or other residents.

15. **LIABILITY FOR DAMAGES, INJURIES, CLEANING, ETC.** You and all co-residents will be jointly and severally liable for the entire amount of all damages caused by the animal, including all cleaning, defleaing, and deodorizing. This provision applies to all parts of the dwelling unit, including carpets, doors, walls, drapes, wallpaper, windows, screens, furniture, appliances, as well as landscaping and other outside improvements. If items cannot be satisfactorily cleaned or repaired, you must pay for us to replace them completely. Payment for damages, repairs, cleaning, replacements, etc. are due immediately upon demand.

As owner of the animal, you may be liable for the entire amount of any injury that the animal causes to a person or anyone's property. You'll indemnify us for all costs of litigation and attorney's fees resulting from any such damage, unless otherwise required by law.

16. **MOVE-OUT.** When you move out, you'll pay for defleaing, deodorizing, and shampooing to protect future residents from possible health hazards, regardless of how long the animal was there. We—not you—will arrange for these services.

17. **MULTIPLE RESIDENTS.** Each resident who signed the Lease Contract must sign this Animal Addendum. You, your guests, and any occupants must follow all animal rules. Each resident is jointly and severally liable for damages and all other obligations set forth in this Animal Addendum, even if the resident does not own the animal.

18. **GENERAL.** You acknowledge that no other oral or written agreement exists regarding animals. Except for written rule changes under paragraph 9 above, our representative has no authority to modify this Animal Addendum or the animal rules except in writing. This Animal Addendum and the animal rules are considered part of the Lease Contract described above. It has been executed in multiple originals, one for you and

**This is a binding legal document. Read it carefully before signing.**

| Resident or Residents | Owner or Owner's Representative |
|---|---|
| *(All residents must sign)* | *(Signs below)* |

*Kyle Ryan* _____     *Ana Batista* _____

_____

_____

_____

Kyle Ryan

07242017177708SC16101350

© 2016, National Apartment Association, Inc.

South Carolina/National Apartment Association Official Form, August 2016

☑ This document was executed via the NAA E-signature System - ID: 118342333



# UTILITY AND SERVICES ADDENDUM



This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated
__July 24, 2017__ between **South Ridge Woodstream, LLC**
_____ ("We" and/or "we" and/or "us") and
**Kyle Ryan**_____
_____ ("You" and/or "you") of Unit No. _____ **1118**
located at **823 South Church Street**_____ (street address) in
_____ **Greenville, SC 29601**_____ and is in addition to all terms and conditions in the Lease.
To the extent that the terms of this Utility Addendum conflict with those of the Lease, this Utility Addendum shall control.

1. **Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.**

   a) **Water** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ water bills will be billed by the service provider to us and then allocated to you based on the following formula: _____ **8**
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☒ 3rd party billing company if applicable **Conserve**_____

   b) **Sewer** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☒ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: _____ **8**
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☒ 3rd party billing company if applicable **Conserve**_____

   c) **Gas** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   d) **Trash** service to your dwelling will be paid by you either:
      - ☐ directly to the service provider; or
      - ☒ trash bills will be billed by the service provider to us and then charged to you based on the following formula: _____ **4**
        - ☒ If flat rate is selected, the current flat rate is $_____**15.00**_____ per month.
        - ☐ 3rd party billing company if applicable_____

   e) **Electric** service to your dwelling will be paid by you either:
      - ☒ directly to the utility service provider; or
      - ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   f) **Stormwater** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   g) **Cable TV** service to your dwelling will be paid by you either:
      - ☒ directly to the utility service provider; or
      - ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   h) **Master Antenna** service to your dwelling will be paid by you either:
      - ☒ directly to the utility service provider; or
      - ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   i) **Internet** service to your dwelling will be paid by you either:
      - ☒ directly to the utility service provider; or
      - ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   j) **Pest Control** service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ pest control bills will be billed by the service provider to us and then charged to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   k) **(Other)** _____ service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

   l) **(Other)** _____ service to your dwelling will be paid by you either:
      - ☐ directly to the utility service provider; or
      - ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
        - ☐ If flat rate is selected, the current flat rate is $_____ per month.
        - ☐ 3rd party billing company if applicable_____

METERING/ALLOCATION METHOD KEY
"1" - Sub-metering of all of your water/gas/electric use
"2" - Calculation of your total water use based on sub-metering of hot water
"3" - Calculation of your total water use based on sub-metering of cold water
"4" - Flat rate per month
"5" - Allocation based on the number of persons residing in your dwelling unit
"6" - Allocation based on the number of persons residing in your dwelling unit using a ratio occupancy formula

0724201717770 9SC16101350

© 2014, National Apartment Association, Inc. - 7/2014, South Carolina

☑ This document was executed via the NAA E-signature System - ID: 118342333

"7"    - Allocation based on square footage of your dwelling unit
"8"    - Allocation based on a combination of square footage of your dwelling unit and the number of persons residing in your dwelling unit
"9"    - Allocation based on the number of bedrooms in your dwelling unit
"10"   - Allocation based on a lawful formula not listed here
         (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

   If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3. When billed by us directly or through our billing company, you must pay utility bills within ____10____ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

   New Account Fee:                    $ ____20.00____  (not to exceed $ _____ )
   Monthly Administrative Billing Fee: $ ____4.08____   (not to exceed $ _____ )
   Late Fee:                           $ _____   (not to exceed $ _____ )
   Final Bill Fee:                     $ ____5.00____   (not to exceed $ _____ )

   If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4. You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $ ____25.00____.

5. When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6. We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the dwelling due to such outages, interruptions, or fluctuations.

7. You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Utility Addendum and at law.

8. Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9. You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

10. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

11. This Addendum is designed for use in multiple jurisdictions, and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

12. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.
   **Resident will have an initial fine of $50.00 increasing to $75.00/violation for any trash left in any inappropriate area including common areas.**
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

Resident Signature _Kyle Ryan_____     Date _07/26/2017_____
Resident Signature _____     Date _____
Resident Signature _____     Date _____
Resident Signature _____     Date _____
Management _Ana Batista_____     Date _07/26/2017_____

07242017177710SC16101350

© 2014, National Apartment Association, Inc. - 7/2014, South Carolina

☑ This document was executed via the NAA E-signature System - ID: 118342333



# Bed Bug Addendum

Date: **July 24, 2017**

(when this Addendum is filled out)



*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

1. **DWELLING UNIT DESCRIPTION.** Unit No. ____**1118**____ ,
**823 South Church Street**_____ *(street address)*
in _____**Greenville**_____*(city),*
South Carolina, _____**29601**_____ *(zip code).*

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **July 24, 2017**
Owner's name: **South Ridge Woodstream, LLC**
_____
_____
_____
Residents *(list all residents):* **Kyle Ryan**
_____
_____
_____

3. **PURPOSE.** This Addendum modifies the Lease Contract and addresses situations related to bed bugs *(cimex lectularius)* which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum.

4. **INSPECTION.** You agree that you: *(Check one)*
   - ☐ have inspected the dwelling prior to move-in and that you did not observe any evidence of bed bugs or bed bug infestation; OR
   - ☒ will inspect the dwelling within 48 hours after move-in/renewal and notify us of any bed bugs or bed bug infestation.

5. **INFESTATIONS.**

   You agree that you have read all of the information on this addendum about bed bugs and:
   *(Check one)*
   - ☐ you are not aware of any infestation or presence of bed bugs in your current or previous apartments, home or dwelling. You agree that you are not aware of any bed bug infestation or presence in any of your furniture, clothing, personal property or possessions. You agree that you have not been subjected to conditions in which there was any bed bug infestation or presence. OR
   - ☒ you agree that if you previously lived anywhere that had a bed bug infestation that all of your personal property (including furniture, clothing and other belongings) has been treated by a licensed pest control professional. You agree that such items are free of further infestation. If you disclose a previous experience of bed bug infestation, we can review documentation of the treatment and inspect your personal property and possessions to confirm the absence of bed bugs. You agree that any previous bed bug infestation which you may have experienced is disclosed here:
   _____
   _____
   _____
   _____
   _____
   _____

6. **ACCESS FOR INSPECTION AND PEST TREATMENT.**
You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation even if those dwellings are not the source or cause of the known infestation. You are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed bug infestation on your own.

7. **NOTIFICATION.** You must promptly notify us:
   - of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture or personal property.
   - of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the dwelling.
   - if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

8. **COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

9. **RESPONSIBILITIES.** You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your dwelling, you may be responsible for the cost of cleaning and pest control treatments. If we must move other residents in order to treat adjoining or neighboring dwellings to your dwelling unit, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring residents and to clean and perform pest control treatments to eradicate infestations in other dwellings. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the dwelling. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

10. **TRANSFERS.** If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

07242017177711SC16101350

Kyle Ryan

©2013, National Apartment Association, Inc.- 3/2013, South Carolina

☑ This document was executed via the NAA E-signature System - ID: 118342333

# BED BUGS — A Guide for Rental Housing Residents

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

## Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

## Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

## Identifying bed bugs

*Bed bugs can often be found in, around and between:*

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors
- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes,

the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.

- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

## Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

## Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.

**You are legally bound by this document. Please read it carefully.**

| Resident or Residents | Owner or Owner's Representative |
|---|---|
| *(All residents must sign)* | *(Signs below)* |
| *Kyle Ryan* | *Ana Batista* |

Date of Signing Addendum

07/26/2017

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*

**Kyle Ryan**

0724201717712SC16101350

South Carolina/National Apartment Association Official Form, March, 2013
© 2013, National Apartment Association, Inc.

✓ This document was executed via the NAA E-signature System - ID: 118342333




# Mold Information and Prevention Addendum

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

1. **DWELLING UNIT DESCRIPTION.** Unit No. __1118__,
   __823 South Church Street__ *(street address)*
   in _____Greenville_____ *(city)*,
   South Carolina, _____29601_____ *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
   Lease Contract date: __July 24, 2017__
   Owner's name: __South Ridge Woodstream, LLC__

   Residents *(list all residents):* __Kyle Ryan__

3. **ABOUT MOLD.** Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

   Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

4. **PREVENTING MOLD BEGINS WITH YOU.** In order to minimize the potential for mold growth in your dwelling, you must do the following:

   - Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

   - Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen *before* you start showering or cooking with open pots. When showering, be sure to keep the shower curtain *inside* the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

   - Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.

   - Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.

   - Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

5. **IN ORDER TO AVOID MOLD GROWTH,** it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

   - rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;

   - overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

   - leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

   - washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

   - leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

   - insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

6. **IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON** *NON-POROUS* **SURFACES** (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. **Be sure to follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

   Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be used to help remove non-visible mold products from *porous* items, such as fibers in sofas, chairs, drapes and carpets—provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. **DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on *porous surfaces*, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. **COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

   **If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.**

9. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

**Resident or Residents**
*(All residents must sign here)*

*Kyle Ryan*
_____
_____
_____

Kyle Ryan

**Owner or Owner's Representative**
*(Signs here)*

*Ana Batista*

**Date of Lease Contract**

__July 24, 2017__

07242017177713SC16101350

South Carolina/National Apartment Association Official Form, March 2013
© 2013, National Apartment Association, Inc.

☑ This document was executed via the NAA E-signature System - ID: 118342333



# LEASE CONTRACT BUY-OUT AGREEMENT



1. **Dwelling Unit Description.** Unit No. _____**1118**_____ ,
   **823 South Church Street**_____ *(street address)*
   in _____**Greenville**_____ *(city),*
   South Carolina, _____**29601**_____ *(zip code).*

2. **Lease Contract Description.**
   Lease Contract date: **July 24, 2017**_____
   Owner's name: **South Ridge Woodstream, LLC**_____
   _____
   _____
   _____

   Residents *(list all residents):* **Kyle Ryan**_____
   _____
   _____
   _____

3. The purpose of this Buy-Out Agreement is to give you the right to buy out of your Lease Contract early—subject to any special provisions in paragraph 9 below. In order to buy out early, your notice must be signed by all residents listed in paragraph 1 of the Lease Contract and you must comply with all provisions of this Buy-Out Agreement.

4. **Buy-Out Procedures.** You may buy out of the Lease Contract prior to the end of the lease term and cut off all liability for paying rent for the remainder of the lease term *if all of the following occur:*

   (a) you give us written notice of buy-out at least ___**60**___ days prior to the new termination date (i.e., your new move-out date), which *(check one)* ☐ must be the last day of a month or ☒ may be during a month;

   (b) you specify the new termination date in the notice, i.e., the date by which you'll move out;

   (c) you are not in default under the Lease Contract on the date you give us the notice of buy-out;

   (d) you are not in default under the Lease Contract on the new termination date (move-out date);

   (e) you move out on or before the new termination date and do not hold over;

   (f) you pay us a buy-out fee (consideration) of $ ___**1650.00**___ ;

   (g) you pay us the amount of any concessions you received when signing the Lease Contract; and

   (h) you comply with any special provisions in paragraph 9 below.

5. **When payable.** The buy-out fee in paragraph 4(f) is due and payable no later than ___**1**___ days after you give us your buy-out notice. The total dollar amount of any concessions regarding rent or other monetary lease obligations for the entire lease term is $ _____**0.00**_____ and is due payable on the same day as the buy-out fee, subject to any special provisions in paragraph 9 regarding the amount, calculation method, or payment plan.

6. **Showing unit to prospective residents.** After you give us notice of buy-out, the Lease Contract gives us the right to begin showing your unit to prospective residents and telling them it will be available immediately after your new termination date.

7. **Compliance essential.** Our deposit of all amounts due under

paragraphs 4(f) and 4(g) constitutes our approval of the new termination date stated in your notice of buy-out. If you fail to comply with any of the procedures or requirements in this agreement after we deposit such monies, your buy-out right and this agreement will be voided automatically; and (1) any amounts you have paid under this agreement will become part of your security deposit, and (2) the lease will continue without buy-out. Then, if you move out early, you are subject to all lease remedies, including reletting fees and liability for all rents for the remainder of the original lease term.

8. **Miscellaneous.** If moving out by the new termination date becomes a problem for you, contact us. An extension may be possible if we have not already relet the dwelling unit to a successor resident. We and any successor residents who may be leasing your unit will be relying on your moving out on or before the new termination date. Therefore, you may not hold over beyond such date without our written consent—even if it means you have to make plans for temporary lodging elsewhere. "Default" as used in paragraphs 4(c) and 4(d) of this agreement means default as defined in the Lease Contract. You will continue to be liable for any damages and any sums accruing and unpaid prior to the new termination date.

9. **Special provisions.** Your right of buy-out *(check one)* ☐ is or ☒ is not limited to a particular fact situation. If limited, buy-out may be exercised only if the following facts (see below) occur and any described documents are furnished to us. Any special provisions below will supersede any conflicting provision of this printed agreement. Any false statements or documents presented to us regarding buy-out will automatically void your right to buy-out of the Lease Contract. The special provisions are:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

|  |  |
|---|---|
| **Resident or Residents**<br>*(All residents must sign)* | **Owner or Owner's Representative**<br>*(signs below)* |
| *Kyle Ryan* | *Ana Batista* |
| _____ | _____ |
| | **Date of Lease Contract** |
| _____ | **July 24, 2017** |
| _____ | |

©2013, National Apartment Association, Inc. - 3/2013, South Carolina



Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333




# LEASE CONTRACT ADDENDUM FOR
# ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT

**NATIONAL APARTMENT ASSOCIATION.**

1. **Dwelling Unit Description.** Unit No. **1118** ,
   **823 South Church Street** *(street address)*
   in **Greenville** *(city),*
   South Carolina, **29601** *(zip code).*

2. **Lease Contract Description.**
   Lease Contract date: **July 24, 2017**
   Owner's name: **South Ridge Woodstream, LLC**

   Residents *(list all residents):* **Kyle Ryan**

3. **Garage, carport, or storage unit.** You are entitled to exclusive possession of: *(check as applicable)*
   ❑ garage or carport attached to the dwelling;
   ☒ garage space number(s) **Open** ;
   ❑ carport space number(s) _____ ; and/or
   ❑ storage unit number(s) _____ .
   The monthly rent in paragraph 6 of the Lease Contract covers both the dwelling and the checked area(s) above. All terms and conditions of the Lease Contract apply to the above areas unless modified by this addendum.

4. **Security Deposit.** An additional security deposit of $ **0.00** will be charged for the checked areas above. We *(check one)* ☒ will consider or ❑ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in Provision 4 of the Lease Contract *(check one)* ❑ does or ☒ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **Additional Monthly Rent.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ **50.00** . The monthly rent amount in Provision 6 of the Lease Contract *(check one)* ☒ includes ❑ does not include this additional rent.

6. **Use restrictions.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or community policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed as a resident or occupant in the Lease Contract may not use the areas covered by this addendum. No plants may be grown in such areas.

7. **No dangerous items.** Items that pose an environmental hazard or a risk to the safety or health of other residents, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

8. **No smoke, fire, or carbon monoxide detectors.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

9. **Garage door opener.** If an enclosed garage is furnished, you ☒ will ❑ will not be provided with a ☒ garage door opener and/or ❑ garage key. You will be responsible for maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

10. **Security.** Always remember to lock any door of a garage or storage unit and any door between a garage and the dwelling. When leaving, be sure to lock all keyed deadbolt locks.

11. **Insurance and loss/damage to your property.** You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We are not responsible for pest control in such areas.

12. **Compliance.** We may periodically open and enter garages and storerooms to ensure compliance with this addendum. In the event we enter the garage or storerooms, we will comply with the notice provisions set forth in the Lease Contract.

13. **No lock changes, alterations, or improvements.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this addendum will be paid for by you.

14. **Move-out and remedies.** Any items remaining after you have vacated the dwelling will be removed, sold, or otherwise disposed of according to the Lease Contract, which addresses disposition or sale of property left in an abandoned or surrendered dwelling. All remedies in the Lease Contract apply to areas covered by this addendum.

15. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

*Kyle Ryan*

_____

_____

_____

Kyle Ryan

**Owner or Owner's Representative**
*(signs here)*

*Ana Balista*

_____

**Date of Lease Contract**

**July 24, 2017**

©2013, National Apartment Association, Inc. - 3/2013, South Carolina



☑ This document was executed via the NAA E-signature System - ID: 118342333




# COMMUNITY POLICIES, RULES AND REGULATIONS
## ADDENDUM

*This addendum is incorporated into the Lease Contract (the "Lease") identified below and is in addition to all the terms and conditions contained in the Lease. If any terms of this Addendum conflict with the Lease, the terms of this Addendum shall be controlling:*

| | |
|---|---|
| *Property Owner:* | **South Ridge Woodstream, LLC** |
| *Resident(s):* | **Kyle Ryan** |
| *Unit No:/Address:* | **#1118, 823 South Church Street** |
| *Lease Date:* | **07/24/2017** |

**I. GENERAL CONDITIONS FOR USE OF DWELLING PROPERTY AND RECREATIONAL FACILITIES.**

Resident(s) permission for use of all common areas, Resident amenities, and recreational facilities (together, "Amenities") located at the Dwelling Community is a privilege and license granted by Owner, and not a contractual right except as otherwise provided for in the Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of the Lease, this Addendum, and the Community rules and regulations ("Rules") in effect at any given time, and such permission may be revoked by Owner at any time for any lawful reason. In all cases, the most strict terms of either the Lease, this Addendum, or the Community Rules shall control. Owner reserves the right to set the days and hours of use for all Amenities and to change the character of or close any Amenity based upon the needs of Owner and in Owner's sole and absolute discretion, without notice, obligation or recompense of any nature to Resident. Owner and management may make changes to the Rules for use of any Amenity at any time.

**Additionally, Resident(s) expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's use of the amenities at the Community. Resident(s) agrees to hold Owner harmless and release and waive any and all claims, allegations, actions, damages, losses, or liabilities of every type, whether or not foreseeable, that Resident(s) may have against Owner and that are in any way related to or arise from such use. This provision shall be enforceable to the fullest extent of the law.**

**THE TERMS OF THIS ADDENDUM SHALL ALSO APPLY TO RESIDENT(S)' OCCUPANTS, AGENTS AND INVITEES, TOGETHER WITH THE HEIRS, ASSIGNS, ESTATES AND LEGAL REPRESENTATIVES OF THEM ALL, AND RESIDENT(S) SHALL BE SOLELY RESPONSIBLE FOR THE COMPLIANCE OF SUCH PERSONS WITH THE LEASE, THIS ADDENDUM, AND COMMUNITY RULES AND REGULATIONS, AND RESIDENT(S) INTEND TO AND SHALL INDEMNIFY AND HOLD OWNER HARMLESS FROM ALL CLAIMS OF SUCH PERSONS AS DESCRIBED IN THE PRECEDING PARAGRAPH. The term "Owner" shall include the Management, officers, partners, employees, agents, assigns, Owners, subsidiaries and affiliates of Owner.**

**II. POOL.** This Community ☒ **DOES;** ☐ **DOES NOT** have a pool. When using the pool, Resident(s) agrees to the following:

- Residents and guests will adhere to the rules and regulations posted in the pool area and Management policies.
- All Swimmers swim at their own risk. Owner is not responsible for accidents or injuries.
- For their safety, Residents should not swim alone.
- Pool hours are posted at the pool.
- No glass, pets, or alcoholic beverages are permitted in the pool area. Use paper or plastic containers only.
- Proper swimming attire is required at all times and a swimsuit "cover up" should be worn to and from the pool.
- No running or rough activities are allowed in the pool area. Respect others by minimizing noise, covering pool furniture with a towel when using suntan oils, leaving pool furniture in pool areas, disposing of trash, and keeping pool gates closed.
- Resident(s) must accompany their guests.
- Resident(s) must notify Owner any time there is a problem or safety hazard at the pool.

**IN CASE OF EMERGENCY DIAL 911**

**III. FITNESS CENTER.** This Community ☒ **DOES;** ☐ **DOES NOT** have a fitness center. When using the fitness center, Resident agrees to the following:

- Residents and guests will adhere to the rules and regulations posted in the fitness center and Management policies.
- The Fitness Center is not supervised. Resident(s) are solely responsible for their own appropriate use of equipment.
- Resident(s) shall carefully inspect each piece of equipment prior to Resident's use and shall refrain from using any equipment that may be functioning improperly or that may be damaged or dangerous.
- Resident(s) shall immediately report to Management any equipment that is not functioning properly, is damaged or appears dangerous, as well any other person's use that appears to be dangerous or in violation of Management Rules and Policies.
- Resident(s) shall consult a physician before using any equipment in the Fitness Center and before participating in any aerobics or exercise class, and will refrain from such use or participation unless approved by Resident's physician.
- Resident(s) will keep Fitness Center locked at all times during Resident's visit to the Fitness Center.
- Resident(s) will not admit any person to the Fitness Center who has not registered with the Management Office.
- Resident(s) must accompany guests, and no glass, smoking, eating, alcoholic beverages, pets, or black sole shoes are permitted in the Fitness Center.

Card # issued: (1) _____ (2) _____ (3) _____ (4) _____

**IV. PACKAGE RELEASE.** This Community ☐ **DOES;** ☒ **DOES NOT** accept packages on behalf of Residents.

*For communities that do accept packages on behalf of its Residents:*

Resident(s) gives Owner permission to sign and accept any parcels or letters sent to Resident(s) through UPS, Federal Express, Airborne, United States Postal Service or the like. Resident agrees that Owner does not accept responsibility or liability for any lost, damaged, or unordered deliveries, and agrees to hold Owner harmless for the same.

**V. BUSINESS CENTER.** This Community ☒ **DOES;** ☐ **DOES NOT** have a business center.

Resident(s) agrees to use the business center at Resident(s) sole risk and according to the Rules and Regulations posted in the business center and Management policies. Owner is not responsible for data, files, programs or any other information lost or damaged on Business Center computers or in the Business Center for any reason. No software may be loaded on Business Center computers without the written approval of Community Management. No inappropriate, offensive, or pornographic images or files (in the sole judgment of Owner) will be viewed or loaded onto the Business Center computers at any time. Residents will limit time on computers to _____**45**_____ minutes if others are waiting to use them. Smoking, eating, alcoholic beverages, pets, and any disturbing behavior are prohibited in the business center.

**VI. AUTOMOBILES/BOATS/RECREATIONAL VEHICLES.** The following policies are in addition to those in the Lease, and may be modified by the additional rules in effect at the Community at any given time:

- Only _____**1**_____ vehicle per licensed Resident is allowed.
- All vehicles must be registered at the Management office.
- Any vehicle(s) not registered, considered abandoned, or violating the Lease, this Addendum, or the Community Rules, in the sole judgment of Management, will be towed at the vehicle owner's expense after a _____**24**_____ hour notice is placed on the vehicle.
- Notwithstanding this, any vehicle illegally parked in a fire lane, designated no parking space or handicapped space, or blocking an entrance, exit, driveway, dumpster, or parked illegally in a designated parking space, will immediately be towed, without notice, at the vehicle owner's expense.
- The washing of vehicles is not permitted on the property unless specifically allowed in designated area.
- Any on property repairs and/or maintenance of any vehicle must be with the prior written permission of the Management.

Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333

- Recreational vehicles, boats or trailers may only be parked on the property with Management's permission (in Management's sole discretion), and must be registered with the Management Office and parked in the area(s) designated by Management.

**VII. FIRE HAZARDS.**  In order to minimize fire hazards and comply with city ordinances, Resident shall comply with the following:
- Residents and guests will adhere to the Community rules and regulations other Management policies concerning fire hazards, which may be revised from time to time.
- No person shall knowingly maintain a fire hazard.
- **Grills, Barbeques, and any other outdoor cooking or open flame devices will be used only on the ground level and will be placed a minimum of __20__ feet from any building.** Such devices will not be used close to combustible materials, tall grass or weeds, on exterior walls or on roofs, indoors, on balconies or patios, or in other locations which may cause fires.
- **Fireplaces:**  Only firewood is permitted in the fireplace. No artificial substances, such as Duraflame® logs are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold.
- Flammable or combustible liquids and fuels shall not be used or stored (including stock for sale) in dwellings, near exits, stairways breezeways, or areas normally used for the ingress and egress of people. This includes motorcycles and any apparatus or engine using flammable or combustible liquid as fuel.
- No person shall block or obstruct any exit, aisle, passageway, hallway or stairway leading to or from any structure.
- Resident(s) are solely responsible for fines or penalties caused by their actions in violation of local fire protection codes.

**VIII. EXTERMINATING.**  Unless prohibited by statute or otherwise stated in the Lease, Owner may conduct extermination operations in Residents' dwelling several times a year and as needed to prevent insect infestation. Owner will notify Residents in advance of extermination in Residents' Dwelling, and give Resident instructions for the preparation of the Dwelling and safe contact with insecticides. Residents will be responsible to prepare the Dwelling for extermination in accordance with Owner's instructions. If Residents are unprepared for a scheduled treatment date Owner will prepare Residents' dwelling and charge Residents accordingly. Residents must request extermination treatments in addition to those regularly provided by Owner in writing. **Residents agree to perform the tasks required by Owner on the day of interior extermination to ensure the safety and effectiveness of the extermination. These tasks will include, but are not limited to, the following:**
- Clean in all cabinets, drawers and closets in kitchen and pantry.
- If roaches have been seen in closets, remove contents from shelves and floor.
- Remove infants and young children from the dwelling.
- Remove pets or place them in bedrooms, and notify Owner of such placement.
- Remove chain locks or other types of obstruction on day of service.
- Cover fish tanks and turn off their air pumps.
- Do not wipe out cabinets after treatment.

In the case of suspected or confirmed bed bug infestation, resident will agree to the following:
- Resident will wash all clothing, bed sheets, draperies, towels, etc. in extremely hot water.
- Resident will thoroughly clean, off premises, all luggage, handbags, shoes and clothes hanging containers.
- Resident will cooperate with Owner's cleaning efforts for all mattresses and seat cushions or other upholstered furniture, and will dispose of same if requested.

<u>**RESIDENTS ARE SOLELY RESPONSIBLE TO NOTIFY OWNER IN WRITING PRIOR TO EXTERMINATION OF ANY ANTICIPATED HEALTH OR SAFETY CONCERNS RELATED TO EXTERMINATION AND THE USE OF INSECTICIDES**</u>

**IX. DRAPES AND SHADES.**  Drapes or shades installed by Resident, when allowed, must be lined in white and present a uniform exterior appearance.

**X. WATER BEDS.**  Resident shall not have water beds or other water furniture in the dwelling without prior written permission of Owner.

**XI. BALCONY or PATIO.**  Balconies and patios shall be kept neat and clean at all times. No rugs, towels, laundry, clothing, appliances or other items shall be stored, hung or draped on railings or other portions of balconies or patios.

**XII. SIGNS.**  Resident shall not display any signs, exterior lights or markings on dwelling. No awnings or other projections shall be attached to the outside of the building of which dwelling is a part.

**XIII. SATELLITE DISHES/ANTENNAS.**  You must complete a satellite addendum and abide by its terms prior to installation or use.

**XIV. WAIVER/SEVERABILITY CLAUSE.**  No waiver of any provision herein, or in any Community rules and regulations, shall be effective unless granted by the Owner in a signed and dated writing. If any court of competent jurisdiction finds that any clause, phrase, or provision of this Part is invalid for any reason whatsoever, this finding shall not effect the validity of the remaining portions of this addendum, the Lease Contract or any other addenda to the Lease Contract.

**XV. SPECIAL PROVISIONS.**  The following special provisions control over conflicting provisions of this printed form:
All residents have the right to peaceful possession of their apartment homes. "Quiet Time" hours are observed from 10pm to 6am. Televisions, audio equipment, etc should be played at low levels at all times and should not be played as to be heard outside of the home. If it is necessary to call the police because of a noise disturbance, one warning will be issued. After two confirmed complaints, a fine of $200 may be assessed and/or eviction proceedings may be initiated. There is a limit of 2 guests per household in all amenity areas.

I have read, understand and agree to comply with the preceding provisions.

| _Kyle Ryan_ | 07/26/2017 | | |
|---|---|---|---|
| Resident | Date | Resident | Date |

| | | | |
|---|---|---|---|
| Resident | Date | Resident | Date |

| _Ana Batista_ | | 07/26/2017 | |
|---|---|---|---|
| Owner Representative | | Date | |

07242017177715SC16101350

Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333




**NATIONAL APARTMENT ASSOCIATION**

## LEASE ADDENDUM FOR RENT CONCESSION OR OTHER RENT DISCOUNT

1. **Dwelling Unit Description.** Unit. No. _____**1118**_____,
   _**823 South Church Street**_____ (street address)
   in _____**Greenville**_____ (city),
   South Carolina, _____**29601**_____ (zip code).

2. **Lease Contract Description.**
   Lease Contract date: _**July 24, 2017**_____
   Owner's name: _**South Ridge Woodstream, LLC**_____
   _____
   _____
   _____
   Residents (list all residents): _**Kyle Ryan**_____
   _____
   _____
   _____

3. **Concession/Discount Agreement.** As consideration for your agreement to remain in your dwelling and to fulfill your Lease obligations throughout the full term of your Lease, you will receive the following rent Concession and or Discount.

   *(Check all that apply)*

   ❑ **One-Time Concession.** You will receive a One-Time Concession off the rent indicated in Paragraph 6 of the Lease Contract in the total amount of $ _____ . This Concession will be credited to your rent due for the month(s) of:_____
   _____
   _____.

   ❑ **Monthly Discount/Concession.** The rent indicated in Paragraph 6 of the Lease Contract includes a Monthly Discount of $ _____ per month off of the suggested rental rate for your dwelling.

   ❑ **Other Discount/Concession.** You will receive the following discount off the rent indicated in Paragraph 6 of the Lease Contract:
   _____
   _____
   _____
   _____
   _____

4. **Concession Cancellation and Charge-Back.** The concession and discounts indicated above are provided to you as an incentive and with the understanding that you will fulfill your obligations under the Lease Contract through the entire term of your Lease.

If your lease is terminated early due to your default (for example, if you abandon the premises without paying rent or are evicted), this Concession/Discount Agreement will be immediately terminated, and you will be required to immediately repay to the Owner the amounts of all *(Check all that apply)*

   ❑ Concessions
   ❑ Discounts

that you have actually received for the months you resided in the Premises, and without further notice from us.

5. **Market Rent.** The market rent for this dwelling is the rent stated in the NAA Lease Contract. You acknowledge that the market rent is a fair representation of what the specific dwelling would actually rent for at the time the Lease Contract was negotiated and executed, and is reflective of the rent for a similar dwelling at comparable properties.

6. **Special Provisions.** The following special provisions control over any conflicting provisions of this printed Addendum form or the Lease Contract.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

|  |  |
|---|---|
| **Resident or Residents** | **Owner or Owner's Representative** |
| *(All residents must sign)* | *(signs here)* |
| *Kyle Ryan* | *Ana Batista* |
| _____ | _____ |
| _____ | **Date of Lease Contract** |
| _____ | _**July 24, 2017**_ |

Kyle Ryan

©2013, National Apartment Association, Inc. - 3/2013, South Carolina



☑ This document was executed via the NAA E-signature System - ID: 118342333




# LEASE ADDENDUM
## LIABILITY INSURANCE REQUIRED OF RESIDENT

1. **Dwelling Unit Description.** Unit No. _____ **1118** _____ ,
   **823 South Church Street** _____ *(street address)*
   in _____ **Greenville** _____ *(city)*,
   South Carolina, _____ **29601** _____ *(zip code)*.

2. **Lease Contract Description.**
   Lease Contract date: **July 24, 2017** _____
   Owner's name: **South Ridge Woodstream, LLC** _____
   _____
   _____
   _____
   Residents *(list all residents)*: **Kyle Ryan** _____
   _____
   _____
   _____

3. **Acknowledgment Concerning Insurance or Damage Waiver.**
   You acknowledge that we do not maintain insurance to protect
   you against personal injury, loss or damage to your personal
   property or belongings, or to cover your own liability for injury,
   loss or damage you (or your occupants or guests) may cause
   others. You also acknowledge that by not maintaining your own
   policy of personal liability insurance, you may be responsible to
   others (including us) for the full cost of any injury, loss or damage
   caused by your actions or the actions of your occupants or guests.
   You understand that paragraph 8 of the Lease Contract requires
   you to maintain a liability insurance policy, which provides
   limits of liability to third parties in an amount not less than
   $ _____ **100000.00** _____ per occurrence. You understand and
   agree to maintain at all times during the Term of the Lease Contract
   and any renewal periods a policy of personal liability insurance
   satisfying the requirements listed below, at your sole expense.

4. **Required Policy.** You are required to purchase and maintain
   personal liability insurance covering you, your occupants and
   guests, for personal injury and property damage any of you cause
   to third parties (including damage to our property), in a minimum
   policy coverage amount of $ _____ **100000.00** _____ , from a carrier
   with an AM Best rating of A-VII or better, licensed to do business
   in South Carolina. The carrier is required to provide notice to us
   within 30 days of any cancellation, non-renewal, or material change
   in your coverage. We retain the right to hold you responsible for
   any loss in excess of your insurance coverage.

5. **We may provide you with information of an insurance program
   that we make available to residents, which provides you with
   an opportunity to buy renter's insurance from a preferred
   company. However, you are free to contract for the required
   insurance with a provider of your choosing.**

6. **Subrogation Allowed.** You and we agree that subrogation is
   allowed by all parties and that this agreement supersedes any
   language to the contrary in the Lease Contract.

7. **Your Insurance Coverage.** You have purchased the required
   personal liability insurance from the insurance company of your
   choosing listed below that is licensed to do business in this state,
   and have provided us with written proof of this insurance prior
   to the execution and commencement of the Lease Contract. You
   will provide additional proof of insurance in the future at our
   request.

   Insurance Company: _____

8. **Default.** Any default under the terms of this Addendum shall be
   deemed an immediate, material and incurable default under the
   terms of the Lease Contract, and we shall be entitled to exercise
   all rights and remedies under the law.

9. **Miscellaneous.** Except as specifically stated in this Addendum,
   all other terms and conditions of the Lease Contract shall remain
   unchanged. In the event of any conflict between the terms of this
   Addendum and the terms of the Lease Contract, the terms of this
   Addendum shall control.

10. **Special Provisions:** **The Owner needs to be named
    as an "Additional Interest" on the
    declaration page. Owners' name should read
    as: South Ridge/Woodstream, LLC - 823 S.
    Church Street, Greenville, SC 29601.
    Resident is required to provide proof of
    Renter's Insurance prior to move in.**
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

I have read, understand and agree to comply with the preceding provisions.

Resident or Residents
*(All residents must sign here)*

*Kyle Ryan*
_____

_____

_____

Owner or Owner's Representative
*(signs here)*

*Ana Batista*
_____

Date of Lease Contract

_____ **July 24, 2017** _____

Kyle Ryan

©2013, National Apartment Association, Inc. - 3/2013, South Carolina



☑ This document was executed via the NAA E-signature System - ID: 118342333



# LEASE ADDENDUM
# FOR REMOTE CONTROL, CARD, OR CODE ACCESS GATE



1. **Dwelling Unit Description.** Unit No. **1118** ,
**823 South Church Street** *(street address)*
in **Greenville** *(city),*
South Carolina, **29601** *(zip code).*

2. **Lease Contract Description.**
Lease Contract date: **July 24, 2017**
Owner's name: **South Ridge Woodstream, LLC**

Residents *(list all residents):* **Kyle Ryan**

To the extent any terms of this addendum conflict with the Lease Contract, the terms of this addendum are controlling.

3. **Remote control/cards/code for gate access.**
   - ☒ **Remote control for gate access.** Each person who is listed as a resident on the lease will be given a remote control at no cost to use during his or her residency. Each additional remote control for you or other occupants will require a $ **50.00** non-refundable fee.
   - ☒ **Cards for gate access.** Each person who is listed as a resident on the lease will be given a card at no cost to use during his or her residency. Each additional card for you or other occupants will require a $ **25.00** non-refundable fee.
   - ❑ **Code for gate access.** Each resident will be given, at no cost, an access code (keypad number) for the pedestrian or vehicular access gates. It is to be used only during your residency. We may change the access code at any time and will notify you of any such changes.

4. **Damaged, lost or unreturned remote controls, cards or code changes.**
   - ☒ If a remote control is lost, stolen or damaged, a $ **50.00** fee will be charged for a replacement. If a remote control is not returned or is returned damaged when you move out, there will be a $ **50.00** deduction from the security deposit.
   - ☒ If a card is lost, stolen or damaged, a $ **25.00** fee will be charged for a replacement card. If a card is not returned or is returned damaged when you move out, there will be a $ **25.00** deduction from the security deposit.
   - ❑ We may change the code(s) at any time and notify you accordingly.

5. **Report damage or malfunctions.** Please immediately report to the office any malfunction or damage to gates, fencing, locks or related equipment.

6. **Follow written instructions.** We ask that you and all other occupants read the written instructions that have been furnished to you regarding the access gates. This is important because if the gates are damaged by you or other occupants, guests or invitees through negligence or misuse, you are liable for the damages under your lease, and collection of damage amounts will be pursued.

7. **Personal injury and/or personal property damage.** Except as specifically required by law, we have no duty to maintain the gates and cannot guaranty against gate malfunctions. We make no representations or guarantees to you concerning security of the community. Any measures, devices, or activities taken by us are solely for the benefit of us and for the protection of our property and interests, and any benefit to you of the same is purely incidental. Anything mechanical or electronic is subject to malfunction. Fencing, gates or other devices will not prevent all crime. No security system or device is foolproof or 100 percent successful in deterring crime. Crime can still occur. Protecting residents, their families, occupants, guests and invitees from crime is the sole responsibility of residents, occupants and law enforcement agencies. You should first call 911 or other appropriate emergency police numbers if a crime occurs or is suspected. We may not be liable to any resident, family member, guest, occupant or invitee for personal injury, death or damage/loss of personal property from incidents related to perimeter fencing, automobile access gates and/or pedestrian access gates. We reserve the right to modify or eliminate security systems other than those statutorily required. You will be held responsible for the actions of any persons to whom you provide access to the community.

8. **Rules in using vehicle gates.**
   - Always approach entry and exit gates with caution and at a very slow rate of speed.
   - Never stop your car where the gate can hit your vehicle as the gate opens or closes.
   - Never follow another vehicle into an open gate. Always use your card to gain entry.
   - Report to management the vehicle license plate number of any vehicle that piggybacks through the gate.
   - Never force the gate open with your car.
   - Never get out of your vehicle while the gates are opening or closing.
   - If you are using the gates with a boat or trailer, please contact management for assistance. The length and width of the trailer may cause recognition problems with the safety loop detector and could cause damage.
   - Do not operate the gate if there are small children nearby who might get caught in it as it opens or closes.
   - If you lose your card, please contact the management office immediately.
   - Do not give your card or code to anyone else.
   - Do not tamper with gate or allow your occupants to tamper or play with gates.

9. **Special Provisions.** The following special provisions control over conflicting provisions of this printed form:

   **When the above term "cards" is referenced it is understood and agreed that a "fob" is the device actually issued.**

**Resident or Residents**
*(All residents must sign here)*

*Kyle Ryan*

**Owner or Owner's Representative**
*(signs here)*

*Ana Batista*

**Date of Lease Contract**

**July 24, 2017**

Kyle Ryan

© 2016, National Apartment Association, Inc. - 12/2016, South Carolina



☑ This document was executed via the NAA E-signature System - ID: 118342333



# NO-SMOKING ADDENDUM

Date: **July 24, 2017**
(when this Addendum is filled out)



*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the dwelling community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

1. **Dwelling Unit Description.** Apt. No. **1118**,
**823 South Church Street** *(street address)* in **Greenville** *(city)*, South Carolina, **29601** *(zip code)*.

2. **Lease Contract Description**
Lease Contract date: **July 24, 2017**
Owner's name: **South Ridge Woodstream, LLC**

Residents *(list all residents)*: **Kyle Ryan**

3. **Smoking Anywhere Inside Buildings of the Dwelling Community is Strictly Prohibited.** All forms and use of lighted or burning tobacco products and smoking of tobacco products inside any dwelling, building, or interior of any portion of the dwelling community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this addendum and the Lease Contract.

The prohibition on use of any lighted or burning tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the dwelling community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, dwellings, club house, exercise or spa facility, tennis courts, all interior areas of the dwelling community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the dwelling community or in the enclosed spaces on the surrounding community grounds. Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents is also prohibited by this addendum and other provisions of the Lease Contract inside any dwelling or building.

**Smoking Outside Buildings of the Dwelling Community.** Smoking is permitted only in specially designated areas outside the buildings of the dwelling community. The smoking-permissible areas are marked by signage.

Smoking on balconies, patios, and limited common areas attached to or outside of your dwelling ☐ is ☒ is not permitted.

The following outside areas of the community may be used for smoking: **Smoking is not permitted anywhere on the property.**

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the dwellings or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

4. **Your Responsibility for Damages and Cleaning.** You are responsible for payment of all costs and damages to your dwelling, other residents' dwellings, or any other portion of the dwelling community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the dwelling or building is in excess of normal wear and tear in our smoke free dwelling community.

5. **Your Responsibility for Loss of Rental Income and Economic Damages Regarding Other Residents.** You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwellings, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

6. **Definition of Smoking.** Smoking refers to any use or possession of a cigar, cigarette, or pipe containing tobacco or a tobacco product while that tobacco or product is burning, lighted, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to, any form, compound, or synthesis of the plant of the genus *Nicotiana* or the species *N. tabacum* which is cultivated for its leaves to be used in cigarettes, cigars, or pipes. Smoking also refers to use or possession of burning, lighted, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

7. **Lease Contract Termination for Violation of the Addendum.** We have the right to terminate your Lease Contract or right of occupancy of the dwelling for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the dwelling is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the dwelling.

8. **Extent of Your Liability for Losses Due to Smoking.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

9. **Your Responsibility for Conduct of Occupants, Family Members, and Guests.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this addendum by your occupants, family, guests, and invitees.

10. **There Is No Warranty of a Smoke Free Environment.** Although we prohibit smoking in all interior parts of the dwelling community, there is no warranty or guaranty of any kind that your dwelling or the dwelling community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this addendum you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the dwelling. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this addendum. Before signing you must advise us whether you or anyone who will be living in your dwelling is a smoker. You must check one of the following boxes.

☒ Neither you nor anyone who will be living in the dwelling is a smoker.

☐ Someone in my household is a smoker; however, we agree to follow your no-smoking policy.

**Resident or Residents**
*(All residents must sign here)*

*Kyle Ryan*

**Owner or Owner's Representative**
*(Sign here)*

*Ana Batista*

07242017177716SC16101350



©2013, National Apartment Association, Inc. - 3/2013, South Carolina

Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333



# RESIDENT PARKING ADDENDUM

Date: __July 24, 2017__
*(when this Addendum is filled out)*



NATIONAL
APARTMENT
ASSOCIATION

1. **DWELLING UNIT DESCRIPTION.** Unit No. __1118__,
__823 South Church Street__ *(street address)*
in __Greenville__ *(city)*,
South Carolina, __29601__ *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: __July 24, 2017__
Owner's name: __South Ridge Woodstream, LLC__ _____
_____
_____
Residents *(list all residents)*: __Kyle Ryan__ _____
_____
_____
_____

The term of this Parking Addendum is as follows:
Begins on _____ , _____ and
ending on _____ , _____ .

**RESIDENT AND OWNER AGREE AS FOLLOWS:**

3. You agree to properly register all vehicles with management. If you get a new or replacement vehicle you must notify us and complete a revised agreement.

4. If you are provided with a parking tag or sticker it must be properly installed and displayed.

5. Unless your vehicle(s) has been assigned a specific space(s) you may park in any available space(s) in the parking areas, with the exception of spaces reserved for a particular use or any marked handicap space, unless you possess a government issued handicap decal or similar signage.

6. If you are assigned a specific parking space(s) we shall assign you the space(s) and retain the right to change assigned space(s) at our sole discretion.

7. You understand and accept that we have the right at any time, without notice, to tow unauthorized or non-registered vehicles from any parking space on the property.

8. You agree to use parking spaces in accord with the terms of the Lease and Community Rules.

9. Any vehicles which are improperly parked or are in violation of this addendum, the terms of the Lease or Community Rules will be towed at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

10. You understand that we will not be held liable for any damage or theft that may occur while your vehicle(s) is parked on any part of the property. Upon signing this agreement you knowingly accept the risk of parking any vehicle(s) on the property.

11. Any action by you, any occupant, guest, or visitor that violates this addendum shall constitute a violation of the Lease Contract.

12. You understand and agree that any judgment of possession entered against you shall be a judgment for possession of any parking spaces which you are entitled to under this addendum. Once such judgment is rendered and executed

upon you, you shall immediately remove all vehicles from the property parking areas. If you fail to remove your vehicle(s), we shall tow the vehicle(s) at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s), unless otherwise required by law.

**COST FOR PARKING**

Resident agrees to pay a onetime fee of $ _____ per vehicle on or before the _____ day of _____ , _____ . In alternative resident agrees to pay $_____ monthly per vehicle due on or before the _____ day of the month. If no amount is filled in parking shall be free for properly registered and authorized vehicles.

Resident understands and accepts that all-parking rights and privileges will immediately be revoked in the case that Resident is _____ days delinquent in paying the required parking fee.

Resident agrees to pay $ _____ NSF fee for all checks returned for non-sufficient funds.

**VEHICLE INFORMATION:**

**Vehicle 1**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 2**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 3**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

13. **SPECIAL PROVISIONS**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign)*

*Kyle Ryan*
_____
_____
_____

Kyle Ryan

**Owner or Owner's Representative**
*(Signs below)*

*Ana Batista*
_____

**Date of Signing Addendum**

07/26/2017
_____

©2016, National Apartment Association, Inc. - 8/2016, South Carolina

☑ This document was executed via the NAA E-signature System - ID: 118342333



# CRIME/DRUG FREE HOUSING ADDENDUM



1. **Dwelling Unit Description.** Unit. No. _____**1118**_____ ,
**823 South Church Street** _____ (street address)
in _____**Greenville**_____ (city),
South Carolina, _____**29601**_____ (zip code).

2. **Lease Contract Description.**
Lease Contract date: **July 24, 2017**
Owner's name: **South Ridge Woodstream, LLC**

Residents (list all residents): **Kyle Ryan**

3. **ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling unit, all common areas, all other dwelling units on the property or any common areas or other dwelling units on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

4. **CRIME/DRUG FREE HOUSING.** Resident, members of the Resident's household, Resident's guests, and all other persons affiliated with the Resident:

A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

   1. Engaging in any act intended to facilitate any type of criminal activity.

   2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging such activity is a member of the household, or a guest.

   3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not limited to the State of South Carolina and/or the Federal Controlled Substances Act.

   4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

   5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with his or her unit.

   6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Residents, or involving imminent, actual or substantial property damage.

   7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Resident's application due to criminal conduct.

   8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

B. AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for termination of the Lease Contract. Notwithstanding the foregoing comments, Owner may terminate Resident's tenancy for any lawful reason, and by any lawful method, with or without good cause.

5. **CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise provided by law, proof of violation of any criminal law shall not require a criminal conviction.

**Resident or Residents** *(sign here)*                **Date of Signing Addendum**

*Kyle Ryan*

_____                07/26/2017

_____                _____

_____                _____

**Owner or Owner's Representative** *(signs here)*        **Date of Signing Addendum**

*Ana Batista*

_____                07/26/2017

Kyle Ryan

**07242017177717SC16101350**

© 2016, National Apartment Association, Inc. - 8/2016, South Carolina



☑ This document was executed via the NAA E-signature System - ID: 118342333



# MIXED USE ADDENDUM



**NATIONAL APARTMENT ASSOCIATION**

1. **DWELLING UNIT DESCRIPTION.** Unit No. **1118**, **823 South Church Street** *(street address)* in **Greenville** *(city)*, South Carolina, **29601** *(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **July 24, 2017**
Owner's name: **South Ridge Woodstream, LLC**

Residents *(list all residents)*:
**Kyle Ryan**

This document shall serve as an addendum ("the Addendum") to the residential lease contract (the "Lease") between Resident and Owner. **Where the terms of the Lease and this Addendum may conflict, the terms of this Addendum shall control.**

3. **PURPOSE OF ADDENDUM.** The purpose of this Addendum is to provide you with notice that the dwelling is located in a mixed-use living environment. The area surrounding the dwelling contains both residences and commercial businesses. These commercial entities will produce certain noises, sounds, and odors up to twenty-four (24) hours a day.

4. **RESIDENT ACKNOWLEDGEMENT.** By signing this Addendum, Resident acknowledges, understands and hereby agrees:

The dwelling is located in the immediate area of commercial businesses, including, but not limited to, bars, nightclubs, restaurants and retail stores. Certain challenges may be associated with living in immediate proximity to such commercial businesses. These challenges may include these businesses emitting, but are not limited to: lights, noises, sounds (including but not limited to music, voices and other forms of entertainment), vibrations, odors and smoke, which may penetrate the walls and floors of the dwelling. Such challenges may occur up to twenty-four (24) hours a day.

5. **RESIDENT DUE DILLIGENCE.** Landlord has encouraged resident to research the area around their dwelling. You agree that you were given the opportunity to exercise due diligence by reading this Addendum and researching the area surrounding the dwelling. You acknowledge and understand the risks disclosed herein. Having conducted your due diligence, you agree to fully assume the risks set forth in this Addendum.

6. **ASSUMPTION OF RISK / WAIVER.** You have chosen to reside at the dwelling despite any inconveniences such as those disclosed herein or any other inconvenience, which may be associated with living in a mixed-use environment. You further agree: You are voluntarily assuming the risks of inconvenience and nuisance related to residing in a dwelling located in a mixed-use area. You agree that any inconvenience associated with the mixed-use and / or the surrounding area, such as, but not limited to, those disclosed herein, will not be deemed to give you any offset to rent obligations, nor will they be the basis for a complaint against us for rent relief, constructive eviction, fitness and habitability, peaceful and quiet enjoyment, nuisance, or any other claim, right or remedy. We shall have no duty to evict any commercial business for any lights, sounds, vibrations, odors, etc. that may occur as a result of their commercial business. As such, you waive any and all claims against us that arise out of or are in any way related to lights, noises, sounds, vibrations, smoke, odors or any other inconvenience that may be caused by commercial businesses within the mixed-use area and / or their guests.

7. **SEVERABILITY.** If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease.

|  |  |
|---|---|
| **Resident or Residents**<br>*(All residents must sign)* | **Owner or Owner's Representative**<br>*(Signs below)* |
| *Kyle Ryan* | *Ana Batista* |
|  | **Date of Signing Addendum** |
|  | 07/26/2017 |

07242017177718SC16101350

©2016, National Apartment Association, Inc. - 8 / 2016, South Carolina



Kyle Ryan

☑ This document was executed via the NAA E-signature System - ID: 118342333

# E-SIGNATURE CERTIFICATE

This certificate details the actions recorded during the signing of this Document.



## DOCUMENT INFORMATION

| | |
|---|---|
| Status | Signed |
| Document ID | 118342333 |
| Created | 07/24/17 |
| Completed | 07/26/17 |
| Total Pages | 24 |
| Forms Included | Apartment Lease Form, Animal Addendum, All-In-One Utility Addendum, Bed Bug Addendum, Mold Information and Prevention Addendum, Lease Contract Buy-Out Agreement, Enclosed Garage Addendum, Community Policies, Rules, & Regulations, Addendum for Rent Concession, Renter's or Liability Insurance Addendum, Remote Control, Card or Code Access Gate Addendum, No-Smoking Addendum, Parking Addendum, Crime/Drug Free Housing Addendum, Mixed Use Addendum |

## OWNER INFORMATION

| | |
|---|---|
| Owner Representative | Ana Batista |
| Date Signed | 07/26/2017 04:34:14 PM CDT |
| key | 026e528fa362d32e743a6-7201ba78419 |

## PARTIES

### Kyle Ryan

signer key: 6618821c4474844207cbbbb78261faa1
IP address: 10.100.10.152
signing method: Blue Moon eSignature Services
verified email: kcryan@clemson.edu
authentication method:
date signed: 07/26/2017 11:55:37 AM CDT
browser: Mozilla/5.0 (iPhone; CPU iPhone OS 10_1_1 like Mac OS X) AppleWebKit/602.2.14 (KHTML, like Gecko) Version/10.0 Mobile/14B100 Safari/602.1

### Ana Batista

signer key: 026e528fa362d32e743a67201ba78419
IP address:
signing method: Blue Moon eSignature Services
verified email: Southridge.pm@kettler.com
authentication method:
date signed: 07/26/2017 04:34:14 PM CDT
browser:

DOCUMENT AUDIT

**DOCUMENT AUDIT CONTINUED**

| 1 | 07/24/17 10:38:47 AM CDT | Kyle Ryan accepted Consumer Disclosure |
|---|---|---|
| 2 | 07/26/17 11:43:25 AM CDT | Kyle Ryan signed Apartment Lease Form |
| 3 | 07/26/17 11:43:56 AM CDT | Kyle Ryan signed Animal Addendum |
| 4 | 07/26/17 11:45:34 AM CDT | Kyle Ryan signed All-In-One Utility Addendum |
| 5 | 07/26/17 11:45:37 AM CDT | Kyle Ryan dated All-In-One Utility Addendum |
| 6 | 07/26/17 11:46:16 AM CDT | Kyle Ryan signed Bed Bug Addendum |
| 7 | 07/26/17 11:46:33 AM CDT | Kyle Ryan signed Mold Information and Prevention Addendum |
| 8 | 07/26/17 11:48:10 AM CDT | Kyle Ryan signed Lease Contract Buy-Out Agreement |
| 9 | 07/26/17 11:49:15 AM CDT | Kyle Ryan signed Enclosed Garage Addendum |
| 10 | 07/26/17 11:52:03 AM CDT | Kyle Ryan signed Community Policies, Rules, & Regulations |
| 11 | 07/26/17 11:52:06 AM CDT | Kyle Ryan dated Community Policies, Rules, & Regulations |
| 12 | 07/26/17 11:52:25 AM CDT | Kyle Ryan signed Addendum for Rent Concession |
| 13 | 07/26/17 11:52:46 AM CDT | Kyle Ryan signed Renter's or Liability Insurance Addendum |
| 14 | 07/26/17 11:53:19 AM CDT | Kyle Ryan signed Remote Control, Card or Code Access Gate Addendum |
| 15 | 07/26/17 11:53:37 AM CDT | Kyle Ryan signed No-Smoking Addendum |
| 16 | 07/26/17 11:53:46 AM CDT | Kyle Ryan checked box on No-Smoking Addendum |
| 17 | 07/26/17 11:54:34 AM CDT | Kyle Ryan signed Parking Addendum |
| 18 | 07/26/17 11:55:00 AM CDT | Kyle Ryan signed Crime/Drug Free Housing Addendum |
| 19 | 07/26/17 11:55:02 AM CDT | Kyle Ryan dated Crime/Drug Free Housing Addendum |
| 20 | 07/26/17 11:55:19 AM CDT | Kyle Ryan signed Mixed Use Addendum |
| 21 | 07/26/17 11:55:37 AM CDT | Kyle Ryan submitted signed documents |
| 22 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Apartment Lease Form |
| 23 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Animal Addendum |
| 24 | 07/26/17 04:34:14 PM CDT | Ana Batista signed All-In-One Utility Addendum |
| 25 | 07/26/17 04:34:14 PM CDT | Ana Batista dated All-In-One Utility Addendum |
| 26 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Bed Bug Addendum |
| 27 | 07/26/17 04:34:14 PM CDT | Ana Batista dated Bed Bug Addendum |
| 28 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Mold Information and Prevention Addendum |
| 29 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Lease Contract Buy-Out Agreement |
| 30 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Enclosed Garage Addendum |
| 31 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Community Policies, Rules, & Regulations |
| 32 | 07/26/17 04:34:14 PM CDT | Ana Batista dated Community Policies, Rules, & Regulations |
| 33 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Addendum for Rent Concession |
| 34 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Renter's or Liability Insurance Addendum |
| 35 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Remote Control, Card or Code Access Gate Addendum |
| 36 | 07/26/17 04:34:14 PM CDT | Ana Batista signed No-Smoking Addendum |
| 37 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Parking Addendum |
| 38 | 07/26/17 04:34:14 PM CDT | Ana Batista dated Parking Addendum |
| 39 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Crime/Drug Free Housing Addendum |
| 40 | 07/26/17 04:34:14 PM CDT | Ana Batista dated Crime/Drug Free Housing Addendum |
| 41 | 07/26/17 04:34:14 PM CDT | Ana Batista signed Mixed Use Addendum |
| 42 | 07/26/17 04:34:14 PM CDT | Ana Batista dated Mixed Use Addendum |
| 43 | 07/26/17 04:34:14 PM CDT | Ana Batista submitted signed documents |