UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| **Paige Elizabeth Burrows,** ) | |
| ) | C.A. No.: 8:18-cv-00314-HMH |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **PLAINTIFF'S VOLUNTARY DISMISSAL** |
| ) | **PURSUANT TO RULE 41(a)(1)** |
| **Kyle Clyde Ryan and** ) | |
| **Anthony James Ryan Jr.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

The Plaintiff filed this action against the Defendants on February 5, 2018. The Defendants have not filed an answer or a Motion for Summary Judgement. The Plaintiff, therefore, dismisses this action against Defendant Kyle Clyde Ryan without prejudice, pursuant to the terms of Rule 41(a)(1), Federal Rules of Civil Procedure.

                                                         KOON COOK & WALTERS, LLC

                             By:    s/Jamie L. Walters
                                        Jamie L. Walters, Fed ID # 10415
                                        Stephen H. Cook, Fed ID # 286
                                        2016 Gadsden Street
                                        Columbia, South Carolina 29201
                                        Phone: (803) 256-4082
                                        jwalters@KCW-Law.com
                                        scook@KCW-Law.com

                                          ATTORNEYS FOR PLAINTIFF

Columbia, South Carolina
May 18, 2018